UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DiAnn Lyons, *et al.*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:12-cv-02506 |
| v. | § | |
| | § | Judge Nancy F. Atlas |
| MMC Group, LP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY CASE DEADLINES PENDING APPROVAL OF THE FLSA SETTLEMENT**

NOTICE IS HEREBY GIVEN that in this Fair Labor Standards Act ("FLSA") collective action, the essential terms of a settlement agreement have been reached between, on the one hand, Plaintiff DIANN LYONS, individually and on behalf of all others similarly situated, and, on the other hand, Defendant C.D. MITCHELL & CO. (collectively, the "Parties"). The tentative settlement reached by the Parties is contingent upon the completion and execution of a comprehensive settlement agreement and is subject to approval by the Court.

The Parties are currently preparing the settlement agreement and intend to finalize the agreement on or before February 20, 2014. On or before February 27, 2014, the Parties intend to send notice of the settlement to all eligible FLSA collective class members to notify them of the settlement and to inform them of how to accept or reject their settlement offer. The Parties have agreed to provide collective class members sixty (60) days to respond to the notice. Within fourteen (14) calendar days of the end of the notice period, the Parties will file a joint motion requesting approval of the settlement and dismissal of the lawsuit. If the Court would like to schedule a conference to discuss the Parties' settlement plan, the Parties will make themselves

available for a conference.

  Due to the tentative settlement, the Parties respectfully request that all pending dates, deadlines, and events in the above-captioned action be stayed pending approval of the settlement. The Parties have submitted a proposed order.

Dated: <u>January 21, 2014</u>       **NICHOLS KASTER, PLLP**

                 <u>*s/Reena I. Desai*</u>
                 Reena I. Desai, MN Bar No. 0388311*
                 Paul J. Lukas, MN Bar No. 22084X*
                 Matthew H. Morgan, MN Bar No. 304657*
                 Andrew G. Chase, MN Bar No. 0391935*
                 Attorneys-In-Charge
                 4600 IDS Center, 80 South 8th Street
                 Minneapolis, MN 55402
                 Telephone: (612) 256-3200
                 Facsimile: (612) 215-6870
                 rdesai@nka.com
                 lukas@nka.com
                 morgan@nka.com
                 achase@nka.com
                 (*Admitted *pro hac vice*)

                 **CLOUSE DUNN LLP**

                 <u>*s/Bryan C. Collins*</u>
                 R. Rogge Dunn, TX Bar No. 06249500
                 Bryan C. Collins, TX Bar No. 04604850
                 1201 Elm Street, Suite 5200
                 Dallas, TX 75270
                 Telephone: (214) 220-3888
                 Fax: (214) 220-3833
                 rogge@righttowork.com
                 bcollins@clousedunn.com