UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DiAnn Lyons, *et al.*, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:12-cv-02506 |
| v. | § § | Judge Nancy F. Atlas |
| C.D. Mitchell & Co., | § § | |
| Defendant. | § § | |

# [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY

The above-entitled matter came before this Court upon the Parties' Joint Motion to stay the proceedings pending settlement approval. Based upon the motion and all the files and proceedings herein, it is hereby ordered that:

The Joint Motion to Stay is **GRANTED**. The case deadlines are hereby stayed until further order from the Court.

SO ORDERED this ____ day of _____, 2014

_____
Honorable Judge Nancy Atlas